SION. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 03–13. REPUBLIC OF AUSTRIA ET AL. *v.* ALTMANN. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 02–1541. IOWA *v.* TOVAR. Sup. Ct. Iowa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 02–1603. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* BANKS. C. A. 3d Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 03–107. UNITED STATES *v.* LARA. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. 

OCTOBER 2, 2003

No. 03–6660 (03A283). HARTMAN *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. 

No. 03–6661 (03A284). HARTMAN *v.* NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.